# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE NO.: | 2021AP430-D |

| | |
|---|---|
| COMPLETE TITLE: | In the Matter of Medical Incapacity Proceedings Against Laura L. Waite., Attorney at Law: |
| | Office of Lawyer Regulation,<br>          Complainant,<br>     v.<br>Laura L. Waite,<br>          Respondent. |

MEDICAL INCAPACITY PROCEEDINGS AGAINST
LAURA L. WAITE

| | |
|---|---|
| OPINION FILED: | April 27, 2021 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | |

| | |
|---|---|
| SOURCE OF APPEAL: | |
| COURT: | |
| COUNTY: | |
| JUDGE: | |

| | |
|---|---|
| JUSTICES: | |
| Per Curiam. | |
| NOT PARTICIPATING: | |

ATTORNEYS:

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

No.  2021AP430-D

STATE OF WISCONSIN          :         IN SUPREME COURT

**In the Matter of Medical Incapacity Proceedings Against Laura L. Waite, Attorney at Law:**

**Office of Lawyer Regulation,**

       **Complainant,**

  **v.**

**Laura L. Waite,**

       **Respondent.**

**FILED**

**APR 27, 2021**

Sheila T. Reiff
Clerk of Supreme Court

The Court entered the following order on this date:

On March 15, 2021, Attorney Laura Waite filed a request pursuant to SCR 22.34(11), for indefinite suspension of her license to practice law in this state due to her medical incapacity. The Office of Lawyer Regulation filed a response supporting that request and a summary of its investigation into the medical incapacity allegations against Attorney Waite. Attorney Waite acknowledges that she cannot successfully defend herself against the medical incapacity allegations. Based upon these considerations,

IT IS ORDERED that the request is granted and, effective the date of this order, Attorney Laura Waite's license to practice law in this state is indefinitely suspended.

                    Sheila T. Reiff
                    Clerk   of   Supreme   Court